PIEKARSKI & BRELSFORD, P.C.
2633 E Indian School Rd., Ste. 460
Phoenix AZ 85016
Phone: (602) 956-1161
Fax: (480) 247-4383
Christopher J. Piekarski, AB# 019251
Nathan J. Brelsford, AB# 024853
Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ALAN E. JONES and ADA E. HARDWICK-JONES,<br><br>　　　　　Debtor(s). | In Proceeding Under<br>Chapter 13<br><br>Case No.: 2:08-bk-04842-GBN<br><br>NOTICE OF BAR DATE TO RESPOND TO MOTION FOR HARDSHIP DISCHARGE PURSUANT TO 11 U.S.C. § 1328(b) |

**NOTICE IS HEREBY GIVEN**, Ada E. Hardwick-Jones, the above-named debtor, by and through her attorney of record, filed a MOTION FOR HARDSHIP DISCHARGE PURSUANT TO 11 U.S.C. § 1328(b) on August 13, 2010, in which the Debtor seeks a hardship discharge arising from, among other things, the death of Debtor-Husband, Alan E. Jones.

A copy of the Motion is included with this notice and on file with the Clerk of the United States Bankruptcy Court, 230 N. First Avenue, Phoenix, Arizona, 85003.

**NOTICE IS HEREBY FURTHER GIVEN** that, pursuant to Bankruptcy Rule 2002 and Local Rule 2002-1, any party objecting to the relief requested shall file a written objection with the Clerk of the United States Bankruptcy Court, 230 N. First Avenue, Phoenix, Arizona 85003 **ON OR BEFORE TWENTY-ONE DAYS** of service of the Motion and this Notice. A copy of the objection shall be mailed to the parties listed below:

　　　　　Nathan J. Brelsford
　　　　　Piekarksi & Brelsford, P.C.
　　　　　2633 E Thomas Rd, Ste. 460
　　　　　Phoenix, AZ 85016
　　　　　Attorney for Ada E. Hardwick-Jones

- 1 -

If a party in interest timely objects to the Motion in writing and requests a hearing, the matter will be placed on the calendar to be heard by a United States Bankruptcy Judge. If no timely written objection and request for a hearing is filed, no hearing will be held, and the court may enter an Order granting the Motion without further notice.

**RESPECTFULLY** Submitted this 24th day of August, 2010.

                                  PIEKARSKI & BRELSFORD, P.C.

                                  By: /s/ Nathan J. Brelsford
                                      Nathan J. Brelsford
                                      Attorney for Debtor