FORM VAN–046

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 2:08–bk–04842–GBN

ALAN E. JONES  Chapter: 13
16118 W JEFFERSON ST
GOODYEAR, AZ 85338
**SSAN:** xxx–xx–5329
**EIN:**

ADA E. HARDWICK–JONES
16118 W JEFFERSON ST
GOODYEAR, AZ 85338
**SSAN:** xxx–xx–9470
**EIN:**

Debtor(s)

## ORDER VACATING DISCHARGE

An Order of Discharge in this case having been entered on 9/29/2010 as a result of administrative error,

IT IS ORDERED vacating the Order of Discharge dated 9/29/2010.

NOTICE IS ALSO GIVEN that the order was entered on the docket this date.

**Date:** September 30, 2010          BY THE COURT

**Address of the Bankruptcy Clerk's Office:**          HONORABLE George B. Nielsen Jr.
U.S. Bankruptcy Court, Arizona          United States Bankruptcy Judge
230 North First Avenue, Suite 101
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov